Priority — 
Send ✓
Enter ✓
Closed —
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
APR - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ASHLEY NICOLE BRYANT,         ) Case No. CV 06-5582-ODW (PJW)
                              )
           Petitioner,        )
                              ) J U D G M E N T
      v.                      )
                              )
TINA HORNBEAK, WARDEN,        )
                              )
           Respondent.        )
_____)

   Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

   DATED: April 1, 2008.

                              _____
                              OTIS D. WRIGHT, II
                              UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\BRYANT, A 5582\Judgment.wpd